## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: )  Chapter 11
 )
PTGI INTERNATIONAL CARRIER )  BK Case No. 24-12603-TMH
SERVICES INC., )
 )  (Jointly Administered)
 Debtor. )
_____ )
 )
ACMETEL USA LLC et al, )
 )
 Appellants, )
 )
 v. )  Civil Action No. 25-430-CFC
 )
PTGI INTERNATIONAL )  Bankruptcy BAP No. 25-00020
CARRIER SERVICES INC., )
 )
 Appellee. )
_____ )

### RECOMMENDATION

At Wilmington this **13**th day of **November, 2025**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a mediation conference was held on September 30, 2025;

WHEREAS, no resolution of this matter occurred and further mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter along with the companion matters noted in the caption above be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.

Local counsel are obligated to inform out-of-state counsel of this Order.

Sherry R. Fallon
United States Magistrate Judge