IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| PTGI INTERNATIONAL CARRIER ) | |
| SERVICES, INC., ) | Bankr. Case No. 24-12603-TMH |
| ) | Bankr. BAP No. 25-00020 |
| Debtor. ) | |
| _____ ) | |
| ACMETEL USA, LLC, *et al.*, ) | |
| ) | Civil Action No. 25-430-CFC |
| Appellants, ) | |
| v. ) | |
| ) | |
| PTGI INTERNATIONAL CARRIER ) | |
| SERVICES, INC., ) | |
| ) | |
| Appellee. ) | |

## ORDER

At Wilmington this __14__ day of November 2025, having received a recommendation from Magistrate Judge Sherry R. Fallon that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 5, 2026**.

2. Appellee's brief in opposition to the appeal is due on or before **February 2, 2026**.

3. Appellants' reply brief is due on or before **February 17, 2026**.

_____
Chief Judge